UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CENTOFANTI, <br><br> Plaintiff, <br> v. <br> THE STATE OF NEVADA EX REL THE NDOC, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-00024-RFB-NJK <br><br> ORDER <br><br> (Docket No. 15) |

**I.  DISCUSSION**

On July 28, 2021, the Court issued a screening order pursuant to 28 U.S.C. § 1915A. Docket No. 8. The screening order dismissed Plaintiff's complaint without prejudice and with leave to amend. *Id.* On October 18, 2021, the Court extended the deadline for Plaintiff to file an amended complaint until February 4, 2022. Docket No. 14. Plaintiff has now filed a motion seeking a further extension. Docket No. 15.

In his motion, Plaintiff states that he has an ongoing state court action against the State of Nevada. *Id.* at 2. Plaintiff is currently negotiating a global settlement, which would include settling the claims in this case. *Id.* at 2-3. Plaintiff anticipated settling this case before February 4, 2022; however, issues related to COVID-19 have delayed settlement discussions. *Id.* Plaintiff therefore requests an extension until April 4, 2022, so that he can continue settlement discussions and file an amended complaint in the instant case if the parties do not come to a global settlement. *Id.* The Court grants Plaintiff's motion for an extension.

Barring unusual circumstances, the Court does not anticipate granting any further extensions. Pursuant to the Court's previous screening order, if Plaintiff fails to file a timely amended complaint, this case will be subject to dismissal without prejudice for failure to state a claim. Docket No. 8.

. . . .

. . . .

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for an extension to file an amended complaint is **GRANTED**.  Docket No. 15.

IT IS FURTHER ORDERED that, Plaintiff must file any amended complaint on or before **April 4, 2022**.

IT IS FURTHER ORDERED that, if Plaintiff fails to file a timely amended complaint, this case will be subject to dismissal without prejudice for failure to state a claim.

DATED:  January 28, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE