# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CENTOFANTI,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA EX REL THE NDOC, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00024-RFB-NJK<br><br>**Order** |

The order at Docket No. 71 is hereby **VACATED** and **WITHDRAWN**.

IT IS SO ORDERED.

Dated: July 27, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge