# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CENTOFANTI,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA EX REL THE NDOC, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00024-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 79] |

Pending before the Court is Plaintiff's motion to extend discovery deadlines by 90 days.[1] Docket No. 79. Defendants failed to respond. *See* Docket. Therefore, the motion is properly granted as unopposed. Local Rule 7-2(d). Further, the Court has reviewed Plaintiff's motion and finds that he demonstrates good cause for his request.[2]

Accordingly, Plaintiff's motion to extend is **GRANTED**. The scheduling order deadlines are hereby **RESET** as follows:

- Amend pleadings/ add parties: closed
- Discovery cutoff: November 13, 2023
- Dispositive motions: December 13, 2023

---

[1] The Court construes *pro se* filings liberally. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] The dates established in this order are not meant to alter the deadline ordered by the Court for Plaintiff to file his Second Amended Complaint.

1

- Joint proposed pretrial order: January 12, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: September 7, 2023

_____
Nancy J. Koppe
United States Magistrate Judge