AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants Dr. Terence Agustin. Dr. Romeo Aranas, Dr. Gregory Bryan, Jaymie Cabrera, Bob Faulkner, Dr. Henry Landsman, Dr. Michael Minev, Nicholas Parsons, Nonilon Peret, Benedicto Gutierrez, Arianna Rhynard, and Georges-Pele Taino*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CENTOFANTI,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA ex rel. NDOC, et al.,<br><br>  Defendants. | Case 2:21-cv-00024-RFB-NJK<br><br>**ORDER REGARDING DISCOVERY AND SCHEDULING ORDER** |

   Plaintiff Alfred Centofanti, *pro se*, and Defendants Dr. Terence Agustin. Dr. Romeo Aranas, Dr. Gregory Bryan, Jaymie Cabrera, Bob Faulkner, Dr. Henry Landsman, Dr. Michael Minev, Nicholas Parsons, Nonilon Peret, Benedicto Gutierrez, Arianna Rhynard, and Georges-Pele Taino, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, hereby stipulate and agree to extend the time for Defendants to respond to discovery and for Plaintiff to move to amend his complaint. Plaintiff and Defendants

1

enter into this stipulation in order to provide Defendants adequate time respond to Plaintiff's discovery request and provide adequate time for Plaintiff to move to amend his complaint based on those discovery responses. This stipulation therefore is entered in good faith in an effort to avoid unnecessary and duplicitous discovery and litigation, and is not made for purposes of undue delay. Accordingly, the parties stipulate and agree as follows:

1. Defendants will have until Monday, October 16, 2023, to respond to all currently outstanding discovery requests.

2. By September 29, 2023, Defendants shall provide Plaintiff with three (3) dates to dispose Defendant Jaymie Cabrera.

3. Plaintiff shall have until, Thursday, December 14, 2023, to move to amend his complaint, with a proposed amended complaint attached to the motion.

4. Defendants shall have thirty (30) days after the Court rules on Plaintiff's motion to amend to respond to Plaintiff's complaint. If Plaintiff does not move to amend his complaint, Defendants shall respond to Plaintiff's complaint on or before Tuesday, January 16, 2024.

5. Discovery in this action, both written and deposition discovery, shall be completed on or before Wednesday, March 13, 2024.

6. Expert disclosures in this action shall be filed and served no later than 60 days before the discovery cut-off date, which (accounting for the intervening weekend and holiday) is Tuesday, January 16, 2024. Rebuttal-expert disclosures in this action shall be filed and served no later than 30 days after the expert disclosure deadline, which is Thursday, February 15, 2024.

7. Discovery motions in this action shall be filed and served no later than 7 days after the discovery cut-off date, which is Wednesday, March 20, 2024.

8. Dispositive motions in this action shall be filed and served no later than 30 days after the discovery cut-off date, which is Friday, April 12, 2024.

//

2

9. If dispositive motions are not filed, the parties shall file a Joint Pretrial Order thirty (30) days after the dispositive motion deadline, which (accounting for the intervening weekend) is Monday, May 13, 2024. If dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court.

DATED this 14th of September 2024

DATED this 14th day of September 2023.

AARON D. FORD
Attorney General

By: _____
Alfred Centofanti
Plaintiff, pro see

By: /s/ Chris Davis.
Chris Davis (Bar No. 6616)
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 18, 2023

3