# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CENTOFANTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA EX REL THE NDOC, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-00024-RFB-NJK<br><br>**Order** |

Pending before the Court is Defendants' motion to continue the settlement conference set for June 25, 2025. Docket No. 147. Defendants submit that their counsel has not been able to speak with Plaintiff to meet and confer about this motion before its submission but "a phone call has been scheduled for Friday, June 20, 2025, at 9:00 a.m." *Id*. at 147.

Accordingly, Defendants are **ORDERED** to file a supplement, addressing whether they had a chance to speak with Plaintiff and the results of their meet and confer, no later than June 20, 2025, at 3:00 p.m.

IT IS SO ORDERED.

Dated: June 20, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge