# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CENTOFANTI,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA ex rel. NDOC, et al.,<br><br>  Defendants. | Case No. 2:21-cv-00024-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 153) |

Pending before the Court is the parties' stipulation to continue the settlement conference, currently set for September 24, 2025. Docket No. 153. The Court's order setting the settlement conference specifically requires the parties to "include at least five dates on which all required participants are available to attend." Docket No. 143 at 1 n.1. The parties failed to comply.

Accordingly, the Court **DENIES** without prejudice the parties' stipulation. Docket No. 153. The parties must file, no later than September 12, 2025, a stipulation with five dates on which all required participants are available to attend the settlement conference.

IT IS SO ORDERED.

Dated: September 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1