# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CENTOFANTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA ex rel. NDOC, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-00024-RFB-NJK<br><br>**Order** |

　　　　Pending before the Court is a stipulation to reschedule the settlement conference, Docket No. 155, which is **GRANTED**. The settlement conference is **RESET** for **1:30 p.m. on October 28, 2025**. Settlement conference statements must be submitted, in an envelope marked "Confidential," directly to the undersigned's box in the Clerk's Office not later than **3:00 p.m. on October 21, 2025.** All other requirements in the prior order (Docket No. 143) remain in force.

　　　　IT IS SO ORDERED.

　　　　Dated: September 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1