**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFRED CENTOFANTI, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA ex rel. NDOC;<br>TERENCE AGUSTIN, MD, an individual;<br>ROMEO ARANAS, M.D., an individual,<br>GREGORY BRYAN, M.D., an individual,<br>JAYMIE CABRERA, an individual,<br>ROBERT FAULKNER, an individual,<br>HENRY LANDSMAN, M.D., an individual,<br>MICHAEL MINEV, M.D., an individual,<br>NICHOLAS PARSONS, an individual,<br>NONILON PERET, an individual,<br>BENEDICTO GUTIERREZ, an individual;<br>ARIANNA RHYNARD, an individual,<br>GEORGES-PELE TAINO, an individual,<br>SCOTT MATTISON, an individual.<br><br>       Defendants. | CASE NO. 2:21-cv-00024-RFB-NJK<br><br>**ORDER GRANTING**<br>**NOTICE OF DISASSOCIATION OF**<br>**COUNSEL** |

PLEASE TAKE NOTICE that ALYSSA N. PIRAINO, ESQ. is no longer associated with BREEDEN & ASSOCIATES, PLLC and should be removed from the Service List in this case. ADAM J. BREEDEN, ESQ. will remain as counsel for Plaintiff, ALFRED CENTOFANTI.

DATED this 27th day of February, 2026.

**IT IS SO ORDERED**
Dated: March 3, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge