**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALFRED CENTOFANTI, an individual,

       Plaintiff,

v.

THE STATE OF NEVADA ex rel. NDOC;
TERENCE AGUSTIN, MD, an individual;
ROMEO ARANAS, M.D., an individual,
GREGORY BRYAN, M.D., an individual,
JAYMIE CABRERA, an individual,
ROBERT FAULKNER, an individual,
HENRY LANDSMAN, M.D., an individual,
MICHAEL MINEV, M.D., an individual,
NICHOLAS PARSONS, an individual,
NONILON PERET, an individual,
BENEDICTO GUTIERREZ, an individual;
ARIANNA RHYNARD, an individual,
GEORGES-PELE TAINO, an individual,
SCOTT MATTISON, an individual.

       Defendants.

CASE NO. 2:21-cv-00024-RFB-NJK

**ORDER GRANTING STIPULATION TO CONTINUE MOTION TO AMEND PLEADINGS/ADD PARTIES DEADLINE**

IT IS HEREBY STIPULATED between Plaintiff, ALFRED CENTOFANTI, by and through his counsel, BREEDEN & ASSOCIATES, PLLC, and Defendants, THE STATE OF NEVADA ex rel. NDOC; TERENCE AGUSTIN, MD, ROMEO ARANAS, M.D., GREGORY BRYAN, M.D., JAYMIE CABRERA, ROBERT FAULKNER, HENRY LANDSMAN, M.D., MICHAEL MINEV, M.D., NICHOLAS PARSONS, NONILON PERET, BENEDICTO GUTIERREZ, ARIANNA RHYNARD, GEORGES-PELE TAINO, and SCOTT MATTISON, by and through their counsel of record, OFFICE OF THE ATTORNEY GENERAL (hereinafter referred to as "Defendants"), that:

WHEREAS, this action was originally filed by Plaintiff Alfred Centofanti in proper person while incarcerated. Representing incarcerated individuals presents unique and substantial

challenges, including severe limitations on communication, restricted access to documents and legal materials, and the necessity of coordinating case activity through institutional channels subject to significant delays.

WHEREAS, Plaintiff's counsel substituted into this case several months ago and has been diligently working to review the records, coordinate with his client, advance the discovery process, and meet all deadlines;

WHEREAS, the parties have been conducting ongoing depositions, and those depositions have prompted discussions between counsel regarding the potential dismissal of certain named defendants and other intended amendments to the Complaint by the Plaintiff (the operative complaint remains a proper person complaint filed some time ago). Any amendments to the operative complaint should be made with full knowledge of the outcome of those discussions so that the amended pleading accurately reflects the parties and claims that remain at issue;

WHEREAS, on March 9, 2026, just two days before the current amendment deadline of March 11, 2026, Plaintiff's counsel received three boxes of client documents that had been housed at High Desert State Prison ("HDSP"). These materials were requested early January; however, production was delayed on multiple occasions due to communication difficulties with the HDSP property room. Despite repeated efforts by counsel to obtain these records in a timely manner, the institutional delays were outside of counsel's control and could not be avoided;

WHEREAS, the documents received from HDSP are several thousand pages and potentially material to the identification of the proper parties and the scope of the claims to be alleged in any amended complaint. Plaintiff's counsel requires adequate time to review and analyze these materials before determining what amendments are necessary and appropriate;

WHEREAS, the parties agree that good cause exists for the requested extension, that the delay was not the result of any lack of diligence on the part of Plaintiff's counsel, and that the requested extension will not unduly prejudice any party or disrupt the overall case schedule;

/ / /

/ / /

/ / /

2

IT IS FURTHER STIPULATED that the deadline to amend pleadings and add parties, currently set for March 11, 2026, is hereby extended by thirty (30) days to April 10, 2026. All other deadlines set forth in the operative Order [ECF No. 161] shall remain in effect.

Dated this 10th day of March, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
*Attorneys for Plaintiff*

Dated this 10th day of March, 2026.

**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Victoria C. Corey, Esq.*
**VICTORIA C. COREY, ESQ.**
Nevada Bar No. 16364
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Phone: (702) 486-0849
*Attorney for Defendants*

**IT IS SO ORDERED**

Dated: March 11, 2026
.
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

3