**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALFRED CENTOFANTI, an individual,

Plaintiff,

v.

THE STATE OF NEVADA ex rel. NDOC; TERENCE AGUSTIN, MD, an individual; ROMEO ARANAS, M.D., an individual, GREGORY BRYAN, M.D., an individual, JAYMIE CABRERA, an individual, ROBERT FAULKNER, an individual, HENRY LANDSMAN, M.D., an individual, MICHAEL MINEV, M.D., an individual, NICHOLAS PARSONS, an individual, NONILON PERET, an individual, BENEDICTO GUTIERREZ, an individual; ARIANNA RHYNARD, an individual, GEORGES-PELE TAINO, an individual, SCOTT MATTISON, an individual.

Defendants.

CASE NO. 2:21-cv-00024-RFB-NJK

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 174]**
**(SECOND REQUEST)**

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, ALFRED CENTOFANTI, by and through his counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, THE STATE OF NEVADA ex rel. NDOC, et al., by and through their counsel of record Victoria C. Corey, Esq., Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General (collectively, "Defendants"), by and through their respective counsel of record, as follows:

**WHEREAS**, on July 23, 2026, Defendants filed their Motion for Summary Judgment (ECF No. 174) (the "Motion");

**WHEREAS**, on August 11, 2026, the parties submitted their first stipulation to extend Plaintiff's deadline to respond to the Motion from August 13, 2026 to August 27, 2026 (ECF No. 178), which stipulation remains pending before the Court;

**WHEREAS**, the Motion is extensive and fact-intensive, spanning twenty-seven pages of briefing and relying upon voluminous exhibits, including several hundred pages of medical records, together with movement-history and grievance-history records, such that Plaintiff's counsel requires additional time to review the record in full and to prepare a thorough and complete opposition addressing the five independent grounds asserted in the Motion;

**WHEREAS**, given the complexity and breadth of the Motion, Plaintiff's counsel was required to complete the substantive legal and record analysis necessary to oppose the Motion before he could prepare a detailed declaration for Plaintiff's signature addressing the factual matters raised therein, including the chronology of Plaintiff's medical care and his efforts to exhaust administrative remedies;

**WHEREAS**, Plaintiff's counsel has a conference scheduled with Plaintiff on August 27, 2026, to review and finalize the draft declaration, after which the declaration must be revised and mailed to Plaintiff so that he may review, execute, and return it to counsel;

**WHEREAS**, Plaintiff is an incarcerated individual in the custody of the Nevada Department of Corrections and cannot receive, review, or execute documents electronically, such that counsel must account for institutional legal mail processing in both directions, a recurring practical challenge inherent in the representation of incarcerated client, and additional time is necessary to afford Plaintiff a meaningful opportunity to review and verify his own declaration before it is submitted to the Court;

**WHEREAS**, the parties have met and conferred and Defendants do not oppose the requested extension of Plaintiff's response deadline;

**WHEREAS**, this is the second stipulation or request to extend Plaintiff's deadline to respond to the Motion, no prior request has been denied, and this request is made in good faith and not for the purpose of delay; and

**WHEREAS**, no party will be prejudiced by the brief extension of this deadline, and no trial date or other pending deadline will be affected.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, as follows:

**IT IS FURTHER STIPULATED** that the deadline for Plaintiff to file his response to Defendants' Motion for Summary Judgment (ECF No. 174) is extended to and including September 17, 2026, and that this Stipulation supersedes the parties' pending Stipulation and Order at ECF No. 178.

**IT IS SO STIPULATED AND AGREED.**

Dated this 25th day of August, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 25th day of August, 2026.

**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Victoria C. Corey, Esq.*

**VICTORIA C. COREY, ESQ.**
Nevada Bar No. 16364
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Phone: (702) 486-0849
*Attorney for Defendants*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Plaintiff's First Stipulation for Extension of Time (ECF No. 178) is **GRANTED** *nunc pro tunc*.

**DATED:** August, 26, 2026.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**