AARON D. FORD
Attorney General
VICTORIA C. COREY, Bar No. 16364
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*
*Dr. Terence Agustin, Dr. Romeo Aranas, Dr. Gregory Bryan, Jaymie Cabrera, Bob Faulkner, Benedicto Gutierrez, Dr. Henry Landsman, Dr. Michael Minev, Nicholas Parsons, Nonilon Peret, Arianna Rhynard, Georges-Pele Taino*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFRED CENTOFANTI,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA ex rel. NDOC, et al.,<br>Defendants. | Case 2:21-cv-00024-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** |

Defendants Dr. Terence Agustin. Dr. Romeo Aranas, Dr. Gregory Bryan, Jaymie Cabrera, Bob Faulkner, Dr. Henry Landsman, Dr. Michael Minev, Nicholas Parsons, Nonilon Peret, Benedicto Gutierrez, Arianna Rhynard, and Georges-Pele Taino, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Alfred Centofanti, by and through counsel, Adam Breeden, hereby stipulate to extend the deadline for Defendants to file their Reply In Support of Their Motion for Summary Judgment to October 15, 2026. This is the parties first request.

///

///

LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension.

Good cause to extend the deadline exists. Senior Deputy Attorney General Victoria Corey will be out of the office with limited access to her computer for approximately the next week. As a result, Defendants respectfully request a brief extension to finalize and file their reply. This additional time is necessary to ensure a complete and accurate submission. Defendants do not anticipate needing any further extensions beyond the one requested here.

As such, the parties stipulate to an extension of time for Defendants to file their Reply In Support of Their Motion for Summary Judgment to **October 15, 2026**.

DATED this 29th day of September 2026.
and respectfully submitted by:

AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)

*Attorneys for Defendant*

DATED this 29th day of September 2026.
and approved as to form and content by:

*/s/ Adam J. Breeden*
ADAM J. BREEDEN, (Bar No. 008768)

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

**DATED**: September 30, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**